**MEMO ENDORSED**

# LAW OFFICES
## JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 100
### Garden City, New York 11530
### (516) 742-5600 Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

October 19, 2020

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> Upon the Govt's consent, the Deft's request to adjourn the VOSR Interim Conf. from Oct. 22, 2020 until Nov. 23, 2020 at 12:00 noon is granted. Clerk of Court requested to terminate the motion (doc. 344).
>
> Dated: Oct. 21, 2020
>
> SO ORDERED:
>
> _____
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Dwayne Mountain
      Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

This matter is scheduled for a hearing/conference with regard to the pending VOSR on Thursday, October 22. I will not be available, as I am ordered to appear in person for a sentencing hearing in EDNY Brooklyn at noon.

I therefore respectfully request that this matter be adjourned to November 23, 2020 at 12 noon. I have discussed this matter with AUSA George Turner and AUSA Benjamin Gianforti, and the Government consents to this application. Ms. Sicora confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA George Turner (by ECF)
      AUSA Benjamin Gianforti (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/2020