**MEMO ENDORSED**

# LAW OFFICES
## JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 100
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

November 20, 2020

> Defendant's request to adjourn the Interim VOSR Conf. from Nov. 23, 2020 until Jan. 7, 2021 at 2:00 pm is granted with the Government's consent. Clerk of Court requested to terminate the motion (doc. 353).
> Dated: Nov. 20, 2020
> SO ORDERED:
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

<u>BY ECF</u>
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

  Re: United States v. Dwayne Mountain
     Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

  This matter is scheduled for a hearing/conference with regard to the pending VOSR on Monday, November 23. In order to obtain information on defendant's pending state case, and to allow a newly assigned Probation Officer to become thoroughly familiar with the matter, we respectfully request that the hearing be adjourned until January 7, 2021 at 2:00 P.M.

  I have discussed this matter with AUSA George Turner, and US Probation Officer Deanna Paige, and the Government consents to this application. Ms. Sicora confirms the Court's availability.

  Thank you for your courtesy and consideration.

             Respectfully yours,
             JOHN S. WALLENSTEIN, ESQ.
             Digitally signed by JOHN S. WALLENSTEIN, ESQ.
             Date: 2020.11.20 14:52:34 -05'00'

             JOHN S. WALLENSTEIN

JSW/hs
cc: AUSA George Turner (by ECF)
   USPO Deanna Paige (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2020