**MEMO ENDORSED**

# LAW OFFICES
# JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 100
### Garden City, New York 11530
### (516) 742-5600 Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

January 5, 2021

**Deft's request to adjourn the Interim VOSR Teleconference from Jan. 7, 2021 until Feb. 19, 2021 at 2:00 pm is granted upon the Probation Office and the Govt's consent. Clerk of Court requested to terminate the motion (doc. 360).**
**Dated: Jan. 6, 2021**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>BY ECF</u>
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Dwayne Mountain
               Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

    <u>This matter is scheduled for a hearing/conference with regard to the pending VOSR on January 7</u>. I have been discussing the matter with USPO Deanna Paige and AUSA George Turner, and we have learned that <u>Mr. Mountain's state case has been adjourned until the end of January</u>. His living situation is also in flux. <u>We therefore respectfully request that this hearing be adjourned until February 19, 2021 at 2:00</u> in order to allow us sufficient time to resolve the underlying issues.

    <u>The Government and the Probation Department consent to this application</u>. Ms. Sicora confirms the Court's availability.

    Thank you for your courtesy and consideration.

                                  Respectfully yours,

                                  JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA George Turner (by ECF)
        USPO Deanna Paige (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2021