# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 100
Garden City, New York 11530
(516) 742-5600 Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

**MEMO ENDORSED**

April 6, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> The parties' request to adjourn the VOSR Interim teleconf. from Apr. 7, 2021 until May 7, 2021 at 11:15 am is granted.  Clerk of Court requested to terminate the motion (doc. 389).
> Dated:  April 6, 2021
>
> **SO ORDERED:**
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Dwayne Mountain
      Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

    This matter is scheduled for a hearing/conference with regard to the pending VOSR on April 7. Mr. Mountain's state case has been adjourned until the end of April, at which time we anticipate that there will be a resolution of hat matter.  I have had discussions with USPO Deanna Paige and AUSA George Turner, and we are all in agreement that it makes sense to await the resolution of the state case before final adjudication of this VOSR.

    We therefore respectfully request that this hearing be adjourned until May 7, 2021 at 11:15.

    The Government and the Probation Department consent to this application.  Ms. Sicora confirms the Court's availability.

    Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*
JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA George Turner (by ECF)
      USPO Deanna Paige (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2021