**MEMO ENDORSED**

# LAW OFFICES
# JOHN S. WALLENSTEIN
## 1100 Franklin Avenue, Suite 100
## Garden City, New York 11530
## (516) 742-5600  Fax (516) 742-5040
## Email: JSWallensteinEsq@outlook.com

May 6, 2021

> The parties' request to adjourn the VOSR Interim teleconf. from May 7, 2021 until July 9, 2021 at 10:00 am is granted. Clerk of Court requested to terminate the motion (doc. 395).
> Dated: May 10, 2021
>
> SO ORDERED:
>
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Dwayne Mountain
             Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

This matter is scheduled for a hearing/conference with regard to the pending VOSR on May 7. Mr. Mountain's state cases are still unresolved, although we expect that will occur within the next four to six weeks. I have had discussions with USPO Deanna Paige and AUSA George Turner, and we are all in agreement that it makes sense to await the resolution of the state cases before final adjudication of this VOSR.

We therefore respectfully request that this hearing be adjourned until July 9, 2021 at 10:00 a.m.

The Government and the Probation Department consent to this application. Ms. Sicora confirms the Court's availability.

Thank you for your courtesy and consideration.

                                          Respectfully yours,

                                          *John S. Wallenstein*
                                          JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA George Turner (by ECF)
        USPO Deanna Paige (by ECF)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2021