**MEMO ENDORSED**

# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 100
Garden City, New York 11530
(516) 742-5600   Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

July 7, 2021

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> Deft's request to adjourn the VOSR Interim teleconf. from July 9, 2021 until Oct. 8, 2021 at 2:00 pm is granted with the Govt's and Probation's consent. Clerk of Court requested to terminate the motion (doc. 405).
> Dated: July 7, 2021
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   United States v. Dwayne Mountain
      Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

This matter is scheduled for a hearing/conference with regard to the pending VOSR on July 9. Mr. Mountain's state cases are still open, and he is participating in a drug treatment program. I have had discussions with USPO Deanna Paige and AUSA George Turner, and we are all in agreement that it makes sense to await the resolution of the state cases, and to monitor Mountain's progress in treatment, before final adjudication of this VOSR.

We therefore respectfully request that this hearing be adjourned until October 8, 2021 at 2:00 p.m.

The Government and the Probation Department consent to this application. Ms. Sicora confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

John S. Wallenstein
JOHN S. WALLENSTEIN

JSW/hs
cc:   AUSA George Turner (by ECF)
      USPO Deanna Paige (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2021