<div style="writing-mode: vertical-lr">MEMO ENDORSED</div>

# LAW OFFICES
## JOHN S. WALLENSTEIN
### 1100 Franklin Avenue, Suite 305
### Garden City, New York 11530
### (516) 742-5600 Fax (516) 742-5040
### Email: JSWallensteinEsq@outlook.com

November 17, 2021

Def's request to adjourn the telephonic VOSR Interim Conf. from Nov. 19, 2021 until Dec. 3, 2021 at 12:00 noon is GRANTED with the Gov't and Probation Office's consent.  Clerk of Court is requested to terminate the motion (doc. 419).

Dated:  White Plains, NY
        Nov. 17, 2021

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

**BY ECF**
Hon. Nelson S. Román
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

      Re:    United States v. Dwayne Mountain
               Docket # 15 CR 5 (NSR) -11

Dear Judge Román,

This matter is scheduled for a hearing/conference with regard to the pending VOSR on November 19. I have had discussions with USPO Deanna Paige and AUSA George Turner, and we are all in agreement that it makes sense to adjourn for a short period, to monitor Mountain's progress in treatment and employment,  before final adjudication of this VOSR.

We therefore respectfully request that this hearing be adjourned until December 3, 2021 at 12:00 p.m.

The Government and the Probation Department consent to this application.  Ms. Sicora confirms the Court's availability.

Thank you for your courtesy and consideration.

Respectfully yours,

*John S. Wallenstein*

JOHN S. WALLENSTEIN

JSW/hs
cc:    AUSA George Turner (by ECF)
       USPO Deanna Paige (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/17/2021